UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES E. COOMER,

              Plaintiff,                                    Case No. 3:16-cv-411

        vs.

COMMISSIONER OF                                    District Judge Thomas M. Rose
SOCIAL SECURITY,                                   Magistrate Judge Michael J. Newman

              Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Michael J. Newman (Doc. #10), to whom this case was referred pursuant to 28 U.S.C.

§ 636(b), and noting that no objections have been filed thereto and that the time for filing such

objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and

Recommendation.

        Accordingly, it is hereby **ORDERED** that:

    1.  The Report and Recommendation (Doc. #10) is **ADOPTED** in full;

    2.  The Commissioner's non-disability determination is **AFFIRMED**; and

    3.  This case is terminated on the docket of this Court.


Date: July 17, 2017                              *s/Thomas M. Rose
_____            _____
                                                 THOMAS M. ROSE
                                                 UNITED STATES DISTRICT JUDGE